```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANDER KANT,

                Plaintiff,

v.

COLUMBIA UNIVERSITY,

                Defendant.

08 Civ. 7476 (PGG)

**ORDER**

**PAUL G. GARDEPHE, U.S.D.J.:**

       The docket sheet in this action indicates that the second amended complaint was filed on December 23, 2008 and the summons issued on January 14, 2009. On March 16, 2009 and April 14, 2009, this Court issued orders providing Plaintiff with notice that if service was not made by May 14, 2009, or if Plaintiff did not make an application by that date to extend the time for service, this action would be dismissed.

       As of the date of this Order, the docket sheet indicates that no proof of service of the summons and second amended complaint has been filed, and this Court has not received any application from Plaintiff to extend the time for service. Therefore, it is hereby

       ORDERED that this action is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. It is further

       ORDERED that the Clerk of the Court serve a copy of this Order by certified mail upon Plaintiff pro se at the address listed below.

       The Clerk of the Court is directed to close this case.

Dated: New York, New York
      May 19, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Copy to:
Chander Kant (pro se)
19 Birchwood Drive
Short Hills, NJ 07078

2